AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1/26/07 |
|---|---|
| NAME OF SERVER (PRINT) Jeffrey P. Berryman | TITLE Vice President |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: National Registered Agents 160 Greentree Drive, Suite 101 Dover, DE 19901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/26/07
            Date                Signature of Server

       801 King Street   Wilm, DE 19801
       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

M. DIANE KOKEN, in her official capacity
as Insurance Commissioner of the Commonwealth
of Pennsylvania, as Liquidator of RELIANCE
INSURANCE COMPANY (In Liquidation),

PAULA FINANCIAL,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    **07–48**

TO: (Name and address of Defendant)

Paula Financial
c/o National Registered Agent, Inc.
160 Greentree Drive
Suite 101
Dover, DE  19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheldon K. Rennie, Esquire
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19899-2323

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
(By) DEPUTY CLERK

1/26/07

DATE