IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAULA FINANCIAL,<br><br>　　　　Defendant. | C.A. No. 07-048-JJF |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that attorneys Chad M. Shandler and Jameson Tweedie of Richards, Layton and Finger, P.A., enter their appearance as counsel on behalf of Defendant Paula Financial in the above-captioned matter.

　　　　　　　　　　　　　　_/s/ Chad M. Shandler_____
　　　　　　　　　　　　　　Chad M. Shandler (#3796)
　　　　　　　　　　　　　　shandler@rlf.com
　　　　　　　　　　　　　　Jameson Tweedie (#4927)
　　　　　　　　　　　　　　tweedie@rlf.com
　　　　　　　　　　　　　　Richards Layton & Finger
　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　Attorneys for Defendant Paula Financial

Dated: February 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Sheldon K. Rennie, Esq.
>Fox Rothschild, LLP
>919 N. Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE  19899-2323

_____
Chad M. Shandler (#3796)
shandler@rlf.com