IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>        Plaintiff,<br><br>    v.<br><br>PAULA FINANCIAL,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-048-JJF |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that attorneys Chad M. Shandler and Jameson Tweedie of

Richards, Layton and Finger, P.A., enter their appearance as counsel on behalf of Defendant

Paula Financial in the above-captioned matter.

Chad M. Shandler (#3796)
shandler@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendant Paula Financial

Dated: February 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Sheldon K. Rennie, Esq.
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

Chad M. Shandler (#3796)
shandler@rlf.com