IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>        Plaintiff,<br><br>        v.<br><br>PAULA FINANCIAL,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 07-48<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S REPLY AND AFFIRMATIVE DEFENSES
TO DEFENDANT'S COUNTERCLAIM**

Plaintiff by and through her attorneys Fox Rothschild LLP, hereby replies and asserts affirmative defenses to the counterclaim of defendant Paula Financial ("Defendant") as follows:

**COUNTERCLAIM**

**FIRST COUNTERCLAIM
(Declaratory Judgment)**

1. Denied. The allegations in this paragraph are conclusions of law to which no response is required.

2. Denied. The allegations in this paragraph are conclusions of law to which no response is required.

3. Denied. The allegations contained in this paragraph are conclusions of law to which no response is required.

**AFFIRMATIVE DEFENSES**

Plaintiff asserts the following affirmative defenses to Defendant's counterclaim.

**FIRST AFFIRMATIVE DEFENSE**

Defendant has failed to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant is specifically barred from seeking a declaratory judgment action against Reliance Insurance Company by the October 3, 2001 Order of Liquidation. <u>See</u> a true and correct copy of the October 3, 2001 Order of Liquidation attached as Exhibit "A" to the Complaint at ¶ 22.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff reserves the right to assert any additional Affirmative Defenses that may arise during the course of discovery.

**WHEREFORE**, Plaintiff demands judgment in her favor and against Defendant Paula Financial dismissing the Counterclaim with prejudice and for other such further relief as the Court deems just and appropriate.

By: <u>*/s/ Sheldon K. Rennie*</u>
Sheldon K. Rennie, Esquire (I.D. No. 3772)
**FOX ROTHSCHILD LLP**
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
  -AND-
Of Counsel
Gerald E. Arth, Esquire
Cheryl A. Garber, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2000
*Attorneys for Plaintiff*

Dated: March 15, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>        Plaintiff,<br><br>        v.<br><br>PAULA FINANCIAL,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 07-48<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 15th day of March, 2007, I served a true and correct copy of the ***Plaintiff's Reply and Affirmative Defenses to Defendant's Counterclaim***, on the following *via* filing electronically with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

        Chad M. Shandler, Esquire
        Jamison Tweedie, Esquire
        Richards Layton & Finger
        One Rodney Square
        920 North King Street
        Wilmington, DE  19801
        *Attorneys for Defendant, Paula Financial*

        William K. Swank, Esquire
        Jonathan G. Fetterly, Esquire
        Holme Roberts & Owen LLP
        777 S. Figueroa Street, Suite 2800
        Los Angeles, CA  90017-5826
        *Of Counsel for Defendant, Paula Financial*

                ***/s/ Sheldon K. Rennie***
                Sheldon K. Rennie, Esquire (#3772)