IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>PAULA FINANCIAL<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No.: 07-048 (JJF)<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 18th day of May, 2007, *Plaintiff's Rule 26(a)(1) Initial Disclosures* was served upon the following counsel of record at the address and in the manner indicated:

### U.S. Mail

Chad M. Sandler, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

William K. Swank, Esquire
Jonathan G. Fetterly, Esquire
Holme Roberts & Owen LLP
777 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826

FOX ROTHSCHILD LLP

By: /s/ Sheldon K. Rennie (#3772)
Sheldon K. Rennie, Esquire (3772)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 655-3667
Fax: (302) 656-8920
fpileggi@foxrothschild.com
srennie@foxrothschild.com

*Attorneys for Plaintiffs*

-and-

                    Gerald E. Arth, Esquire
                    Cheryl A. Garber, Esquire
                    FOX ROTHSCHILD LLP
                    2000 Market Street, Tenth Floor
                    Philadelphia, PA  19103-3291
                    (215) 299-2000

                    *Attorneys for Plaintiff, the Liquidator of Reliance Insurance Company (in Liquidation)*

Dated: May 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

M. DIANE KOKEN, in her official capacity :
as Insurance Commissioner of the Commonwealth :
of Pennsylvania, as Liquidator of RELIANCE :
INSURANCE COMPANY (IN LIQUIDATION) :
:
       Plaintiff, :
:
v. :  C.A. No.: 07-048 (JJF)
:
PAULA FINANCIAL :
:
       Defendant. :

### CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 25th day of May, 2007, a true and correct copy of the *Notice of Service,* was served upon the Defendant, via first class mail, postage prepaid, upon the following:

Chad M. Sandler, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

William K. Swank, Esquire
Jonathan G. Fetterly, Esquire
Holme Roberts & Owen LLP
777 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826

                                             */s/ Sheldon K. Rennie (#3772)*
                                               Sheldon K. Rennie