## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

M. DIANE KOKEN, in her official capacity as )
Insurance Commissioner of the Commonwealth of )
Pennsylvania, as Liquidator of RELIANCE )
INSURANCE COMPANY (IN LIQUIDATION), )  C.A. No. 07-048-JJF
                                       )
         Plaintiff,                    )  JURY TRIAL DEMANDED
                                       )
    v.                                 )
                                       )
PAULA FINANCIAL,                       )
                                       )
         Defendant                     )
                                       )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on June 8, 2007, true

and correct copies of Paula Financial's First Request for Production of Documents were caused

to be served as follows:

**VIA HAND DELIVERY**
Sheldon K. Rennie, Esq.
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

**VIA FEDERAL EXPRESS**
Gerald E. Arth, Esq.
Fox Rothschild, LLP
2000 Market Street, Tenth Floor
Philadelphia, PA  19103-3291

/s/ *Chad M. Shandler*
Chad M. Shandler (#3796)
shandler@rlf.com
Jamison Tweedie (#4927)
tweedie@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendant PAULA Financial

*Of Counsel*

William K. Swank, Esq.
Jonathan G. Fetterly, Esq.
Holme Roberts & Owen LLP
777 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
(213) 572-4300

Dated:  June 8, 2007

RLF1-3162453-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

> Sheldon K. Rennie, Esq.
> Fox Rothschild, LLP
> 919 N. Market Street, Suite 1300
> P.O. Box 2323
> Wilmington, DE  19899-2323

I hereby certify that on June 8, 2007, I have sent by Federal Express the foregoing

document to the following non-registered participants

> Gerald E. Arth, Esq.
> Fox Rothschild, LLP
> 2000 Market Street, Tenth Floor
> Philadelphia, PA  19103-3291

> /s/ Chad M. Shandler
> Chad M. Shandler (#3796)
> shandler@rlf.com

RLF1-3162453-1