IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>               Plaintiff,<br><br>   v.<br><br>PAULA FINANCIAL,<br><br>              Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-48-JJF<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **9th** day of **July, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, July 12, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Chad M. Shandler, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                /s/ Mary Pat Thynge<br>
                                                UNITED STATES MAGISTRATE JUDGE