M. DIANE KOKEN )
 )  United States District Court
V. )  Eastern District of California
 )  Docket/Index # 07-CV-00048-JJF District of
PAULA FINANCIAL )  Delaware
 )
 )  **Affidavit of Service**

**County of Sacramento SS:**

Jeff King _____ being duly sworn to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in the State of California.

On June 29th, 2007 at 9:47am AM/PM, deponent served the within named **SUBPOENA**

Upon **California Department Of Insurance**.

Said service was effected at **300 Capitol Mall, 17th Floor, Sacramento, CA 95814,** or

_____

( ) INDIVIDUAL SERVICE: Served the within-named personally.

( ) SUBSTITUTE SERVICE: By serving _____ , _____

(x) CORPORATE or GOVERNMENT AGENCY SERVICE: Richard Lovell   Attorney

( ) OTHER SERVICE: As described in the comments below, by serving _____ ,

( ) NON SERVICE: For the reasons detailed in the comments below.

COMMENTS:

The person accepting service is described to the best of deponent's ability at the time and circumstances of service as follows:

Sex: F/M  Skin: HISP  Hair: BRN  Age(Approx): 36  Ht.(Approx): 5' 7"  Wt.(Approx): 165 lbs.

Other: _____

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____

c/o Dennis Richman's Services For The Professional
1617 JFK Boulevard, Suite 820
Philadelphia, PA 19103
(215) 977-9393, (215) 977-9806 (Fax)
Job #60168

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

M. DIANE KOKEN, et al.

V.

PAULA FINANCIAL

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07-cv-00048-JJF
DISTRICT OF DELAWARE

TO: CALIFORNIA DEPARTMENT OF INSURANCE
300 CAPITOL MALL, 17TH FLOOR
SACRAMENTO, CA 95814

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
SEE ATTACHED ADDENDUM

| PLACE   FOX ROTHSCHILD LLP<br>919 N. MARKET ST., SUITE 1300, PO BOX 2323, WILMINGTON, DE 19899-2323 | DATE AND TIME<br>7/20/2007 9:00 am |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>[signature]   ATTORNEY FOR PLAINTIFF | DATE<br>6/21/07 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
SHELDON K. RENNIE, ESQUIRE; FOX ROTHSCHILD LLP, 919 N. MARKET ST., SUITE 1300, PO BOX 2323, WILMINGTON, DE 19899-2323 (302) 654-7444

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.