IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>PAULA FINANCIAL<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No.: 07-048 (JJF)<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 30th day of July, 2007, ***Plaintiff's First Set of Interrogatories and First Request for Production of Documents Directed to Defendant Paula Financial*** was served upon the following counsel of record at the address and in the manner indicated:

<u>U.S. Mail</u>

Chad M. Sandler, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

William K. Swank, Esquire
Jonathan G. Fetterly, Esquire
Holme Roberts & Owen LLP
777 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826

**FOX ROTHSCHILD LLP**

By: <u>/s/ Sheldon K. Rennie (#3772)</u>
Sheldon K. Rennie, Esquire
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 655-3667
Fax: (302) 656-8920
srennie@foxrothschild.com

*Attorneys for Plaintiffs*

-and-

Gerald E. Arth, Esquire
Cheryl A. Garber, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2000

*Attorneys for Plaintiff, the Liquidator of Reliance Insurance Company (in Liquidation)*

Dated: July 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION)<br><br>Plaintiff,<br><br>v.<br><br>PAULA FINANCIAL,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No.: 07-048 (JJF)<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Sheldon K. Rennie, Esquire, hereby certify that on this 31st day of July, 2007, a true and correct copy of the *Notice of Service* was served upon the Defendant, via first class mail, postage prepaid, upon the following:

Chad M. Sandler, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

William K. Swank, Esquire
Jonathan G. Fetterly, Esquire
Holme Roberts & Owen LLP
777 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826

*/s/ Sheldon K. Rennie (#3772)*
Sheldon K. Rennie