IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

M. DIANE KOKEN, in her official capacity :
as Insurance Commissioner of the Commonwealth :
of Pennsylvania, as Liquidator of RELIANCE :
INSURANCE COMPANY (IN LIQUIDATION), :
:
        Plaintiff, :
:
v. : CIVIL ACTION NO. 07-48
:
:
PAULA FINANCIAL, :
:
        Defendant. :

**MOTION FOR SUBSTITUTION OF SUCCESSOR PUBLIC OFFICIAL AS
PARTY-PLAINTIFF AND AMENDMENT OF CAPTION**

    Pursuant to Rule 25(d), Plaintiff hereby moves for substitution of the presently named party-Plaintiff, M. Diane Koken, for her successor, Joel S. Ario, who is now serving as the Acting Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Reliance Insurance Company (In Liquidation). This motion is made merely to formally change the named Plaintiff in this case on account of the resignation of Ms. Koken and the assumption by Mr. Ario of the office she formerly held. The capacity, claims, position, and all other attributes of Plaintiff's position are unchanged as a result of this change of the holder of the office. The case is therefore unaffected as a result of the substitution. Accordingly, Plaintiff requests that the Court formally order substitution of the named plaintiff and order the caption be amended accordingly.

                                      FOX ROTHSCHILD LLP

        By:    */s/ Sheldon K. Rennie (#3772)*
                    Sheldon K. Rennie, Esquire
                    919 N. Market Street, Suite 1300
                    P.O. Box 2323
                    Wilmington, DE 19899-2323
                    (302) 622-4202

                          -AND-

                Gerald E. Arth, Esquire
                Cheryl A. Garber, Esquire
                FOX ROTHSCHILD LLP
                2000 Market Street, Tenth Floor
                Philadelphia, PA 19103-3291
                (215) 299-2000
                *Attorneys for Plaintiff*

Dated: September 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>Plaintiff,<br><br>v.<br><br>PAULA FINANCIAL,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 07-48<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this _____ day of _____, 2007, upon Plaintiff's motion, the Court having been advised that M. Diane Koken has resigned as Insurance Commissioner of Pennsylvania and that her successor, Joel S. Ario, is now lawfully serving as Acting Commissioner of Pennsylvania of the Commonwealth of Pennsylvania and as Statutory Liquidator of Reliance Insurance Company (In Liquidation),

It is hereby **ORDERED**, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, that Joel S. Ario be substituted as Plaintiff in this action in the official capacity of Acting Insurance Commissioner of the Commonwealth and as Statutory Liquidator of Reliance Insurance Company (in Liquidation), in the place of M. Diane Koken, the predecessor in that office. The Clerk is directed to amend the official caption to reflect the substituted plaintiff in this action as follows:

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Acting Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>   Plaintiff,<br><br>   v.<br><br>PAULA FINANCIAL,<br><br>   Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 07-48<br>:<br>:<br>:<br>: |

BY THE COURT:

_____
FARNAN, J.

## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this 12th day of September 2007, I served a true and correct copy of the *Motion for Substitution of Successor Public Official as Party-Plaintiff and Amendment of Caption*, on the following via first class mail, postage prepaid, upon the following:

>Chad M. Shandler, Esquire
>Jamison Tweedie, Esquire
>Richards Layton & Finger
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801
>*Attorneys for Defendant, Paula Financial*
>
>William K. Swank, Esquire
>Jonathan G. Fetterly, Esquire
>Holme Roberts & Owen LLP
>777 S. Figueroa Street
>Suite 2800
>Los Angeles, CA 90017-5826
>*Of Counsel for Defendant, Paula Financial*

By:     */s/ Sheldon K. Rennie (#3772)*
        Sheldon K. Rennie, Esquire