IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>        Plaintiff,<br><br>    v.<br><br>PAULA FINANCIAL,<br><br>        Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 07-048-JJF<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on September 18, 2007, true and correct copies of Defendant Paula Financial's Responses to Plaintiff's First Set of Interrogatories were caused to be served as follows:

| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
|---|---|
| Sheldon K. Rennie, Esq. | Gerald E. Arth, Esq. |
| Fox Rothschild, LLP | Fox Rothschild, LLP |
| 919 N. Market Street, Suite 1300 | 2000 Market Street, Tenth Floor |
| P.O. Box 2323 | Philadelphia, PA 19103-3291 |
| Wilmington, DE 19899-2323 | |

*Of Counsel*

William K. Swank, Esq.
Jonathan G. Fetterly, Esq.
Holme Roberts & Owen LLP
777 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
(213) 572-4300

Dated: September 18, 2007

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
shandler@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant PAULA Financial*

RLF1-3162453-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

>Sheldon K. Rennie, Esq.
>Fox Rothschild, LLP
>919 N. Market Street, Suite 1300
>P.O. Box 2323
>Wilmington, DE 19899-2323

I hereby certify that on September 18, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants

>Gerald E. Arth, Esq.
>Fox Rothschild, LLP
>2000 Market Street, Tenth Floor
>Philadelphia, PA 19103-3291

_____
Jameson Tweedie (#4927)
tweedie@rlf.com