IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOEL S. ARIO, in his official capacity
as Insurance Commissioner of the Commonwealth
of Pennsylvania, as Liquidator of RELIANCE
INSURANCE COMPANY (IN LIQUIDATION),

    Plaintiff,

v.                                   CIVIL ACTION NO. 07-048-JJF

PAULA FINANCIAL,

    Defendant.

## NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

Plaintiff, the Liquidator of Reliance Insurance Company (In Liquidation), by and through his attorneys Fox Rothschild LLP, hereby withdraws his motion for a protective order, filed on December 4, 2007, to prevent the scheduling of depositions in Seattle, Washington of third-party witnesses John Snider, Steve Clark, Ed Lopit and Bill Baldwin by defendant PAULA Financial (the "Motion"). The Motion has been rendered moot.

**FOX ROTHSCHILD LLP**

By:    /s/ Sheldon K. Rennie    (#3772)
Sheldon K. Rennie (#3772)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel (302) 654-7444/Fax (302) 656-8920
srennie@foxrothschild.com
*Attorney for Plaintiff*

-and-

Gerald E. Arth, Esquire
Cheryl A. Garber, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2000
*Attorneys for Plaintiff*

Dated: December 18, 2007

DT1 264399v3 12/04/07

## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, Esquire, hereby certify that on this date, I served a true and correct copy of the foregoing *Notice of Withdrawal of Motion for Protective Order* on the following *via* filing electronically with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

> Chad M. Shandler, Esquire
> Jamison Tweedie, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
> *Attorneys for Defendant, Paula Financial*
>
> William K. Swank, Esquire
> Jonathan G. Fetterly, Esquire
> Holme Roberts & Owen LLP
> 777 S. Figueroa Street
> Suite 2800
> Los Angeles, CA 90017-5826
> *Of Counsel for Defendant, Paula Financial*

By:   */s/ Sheldon K. Rennie (#3772)*
          Sheldon K. Rennie, Esquire

Dated: December 18, 2007