IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION), <br><br> Plaintiff, <br><br> v. <br><br> PAULA FINANCIAL, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 07-48-JJF <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **15th** day of **January, 2008**,

IT IS ORDERED that a continued mediation conference has been scheduled for **Friday, March 7, 2008** beginning at **10:00 a.m.** with Judge Thynge. **Dress for the mediation is casual.** Further submissions addressing the legal issues identified by the Court are due on or before **Monday, February 25, 2008** and are limited to no more than **twenty (20) pages double spaced, 12 point font.** All other provisions of the Court's July 26, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE