IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOEL S. ARIO, in his official capacity :
as Acting Insurance Commissioner of the :
Commonwealth of Pennsylvania, as Liquidator :
of RELIANCE INSURANCE COMPANY :
(IN LIQUIDATION), :
 :
        Plaintiff, :
 :
    v. : C.A. No.: 07-048-JJF
 :
PAULA FINANCIAL, :
 :
        Defendant. :

## STIPULATED SECOND AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the September 6, 2007 Scheduling Order (D.I. 20), as amended on February 1, 2008 (D.I. 38), be further amended as follows:

4(a). Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by May 30, 2008.

4(e). Reports from retained experts required by Fed. R. Civ. P. 26 (a)(2) on issues for which any party has the burden of proof are due by August 1, 2008. Rebuttal expert reports are due by September 2, 2008.

6. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before May 30, 2008.

7. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief by October 29, 2008. Briefing shall be pursuant to *D. Del.* L R. 7.1.2.

Except as revised hereby, the September 6, 2007 Scheduling Order shall remain in full force and effect.

| | |
|---|---|
| _/s/ Sheldon K. Rennie (#3772)_ | _/s/ Chad M. Shandler (#3796)_ |
| Sheldon Kevin Rennie ((#3772) | Chad M. Shandler (#3796) |
| FOX ROTHSCHILD LLP | RICHARDS, LAYTON & FINGER |
| 919 North Market Street | One Rodney Square |
| Suite 1300 | P.O. Box 551 |
| P.O. Box 2323 | Wilmington, Delaware 19899 |
| Wilmington, Delaware 19899 | Telephone: (302) 651-7700 |
| Telephone: (302) 622-4202 | Facsimile: (302) 651-7701 |
| Facsimile: (302) 656-8920 | |
| | |
| *Of Counsel* | *Of Counsel* |
| | |
| Gerald E. Arth, Esquire | William K. Swank, Esquire |
| FOX ROTHSCHILD LLP | Jon G. Fetterly, Esquire |
| 2000 Market Street | HOLME ROBERTS & OWEN LLP |
| 10th Floor | 777 South Figueroa Street |
| Philadelphia, PA 19103 | Suite 2800 |
| Telephone: (215) 299-2000 | Los Angeles, CA 90017-5826 |
| Facsimile: (215) 299-2150 | Telephone: (213) 572-4313 |
| | Facsimile: (213) 572-4400 |

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Judge