## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Plaintiff,<br><br>v.<br><br>PAULA FINANCIAL,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-48-JJF<br>:<br>:<br>:<br>:<br>: |

### ORDER

At Wilmington this **21st** day of **April, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, April 24, 2008 at 5:30 p.m.** with Judge Thynge. The Court shall initiate the teleconference call.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

          /s/ Mary Pat Thynge
          UNITED STATES MAGISTRATE JUDGE