IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. DIANE KOKEN, in her official capacity As Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator Of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Plaintiff,<br><br>    v.<br><br>PAULA FINANCIAL,<br><br>    Defendant. | :<br>:<br>:<br>:  Civil Action No. 07-048-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A.L. Tweedie is no longer associated with Richards, Layton & Finger and therefore no longer represents Defendant Paula Financial in the above-captioned case. Chad M. Shandler and Richards, Layton & Finger, P.A. continue to represent Defendant in this matter.

_____
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON, & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorney For Defendant Paula Financial*

Dated: April 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### VIA HAND DELIVERY

Sheldon K. Rennie, Esq.
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on April 22, 2008, the foregoing was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Gerald E. Arth, Esq.
Cheryl A. Garber, Esq.
Fox Rothschild, LP
2000 Market Street, Tenth Floor
Philadelphia, PA  19103-3291

Chad M. Shandler (#3796)
shandler@rlf.com

Dated:  April 22, 2008