IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL S. ARIO, in his official capacity as Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of RELIANCE INSURANCE COMPANY (IN LIQUIDATION),<br><br>Plaintiff,<br><br>v.<br><br>PAULA FINANCIAL,<br><br>Defendant. | C.A. No. 07-048-JJF |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that all claims and counterclaims asserted by the parties in the above-captioned action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party to this action will bear its own costs and attorneys' fees.

| FOX ROTHSCHILD LLP | RICHARDS, LAYTON & FINGER P.A. |
|---|---|
| */s/ Sheldon K. Rennie (#3772)* | */s/ Chad M. Shandler (#3796)* |
| Sheldon K. Rennie (#3772) | Chad M. Shandler (#3796) |
| Fox Rothschild, LLP | Richards, Layton & Finger, P.A. |
| 919 N. Market Street, Suite 1300 | One Rodney Square |
| P.O. Box 2323 | P.O. Box 551 |
| Wilmington, DE 19899-2323 | Wilmington, DE 19899 |
| (302) 622-4202 | (302) 651-7700 |
| srennie@foxrothschild.com | shandler@rlf.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Dated: June 5, 2008 | Dated: June 5, 2008 |

SO ORDERED THIS _____ day of _____, 2008

_____
United States District Judge