```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF DELAWARE
 3                    -    -    -
 4   M. DIANE KOKEN,              :   Civil Action No.
                                  :
 5              Plaintiffs,  :   07-048-JJF
                                  :
 6         v.                     :
                                  :
 7   PAULA FINANCIAL,             :
                                  :
 8              Defendant.   :
                                  :
 9
                         -    -    -
10
                  April 24, 2008
11
                         -    -    -
12
          United States District Court
13        866 King Street - Second Floor
          Wilmington, Delaware
14
15        Telephone Conference
          Thursday, April 24, 2008
16        5:30 p.m.
17
18   BEFORE: THE HONORABLE MARY PAT THYNGE
19
20
                    -    -    -
21
          BSR -- BASYE SANTIAGO REPORTING
22        Suite 903, One Commerce Center
            1201 North Orange Street
23        Wilmington, Delaware 19801
              (302) 573-2300
24
```

```
 1    APPEARANCES:

 2

 3            FOX ROTHSCHILD, LLP
              BY:  GERALD E. ARTH, ESQUIRE
 4            (Participated By Telephone)
              2000 Market Street, 10th Floor
 5            Philadelphia, Pennsylvania 19103
              215-299-2000
 6            Representing the Plaintiff

 7

 8            HOLME, ROBERTS & OWEN, LLP
              BY:  WILLIAM K. SWANK, ESQUIRE
 9            (Participated By Telephone)
              777 South Figueroa Street,
10            Suite 2800
              Los Angeles, California 90017
11            213-572-4300
              Representing the Defendant
12

13

14                    -    -    -

15

16

17

18

19

20

21

22

23

24
```

1                          -    -    -

2                    THE COURT:  Gentlemen, the

3    purpose of this was to have a formalized

4    record before you actually draw up the

5    agreement as to what the terms and

6    conditions of the settlement are.   My

7    understanding is this and I just want to

8    confirm with both sides that there is an

9    agreement in the amount of $2 million to

10   settle this case.   Is that agreed to by the

11   plaintiff, Gerry?

12                    MR. ARTH:  Yes, Your Honor.

13                    THE COURT:  Is that agreed to

14   by the defendant, Bill?

15                    MR. SWANK:  Yes.

16                    THE COURT:   The agreement

17   also is that $2 million would be paid within

18   30 days of the execution of the settlement

19   documents; is that agreed to Gerry?

20                    MR. ARTH:  Yes, Your Honor.

21                    THE COURT:  And is that agreed

22   to, Bill?

23                    MR. SWANK:  Yes.

24                    THE COURT:  There is going to

1    be a release of all claims that arose in

2    this case.  The parties would execute a

3    stipulation of dismissal.  Each side of

4    course would be responsible for their own

5    fees and costs.  Is that understood as well

6    too, Gerry?

7                  MR. ARTH:  Yes.

8                  THE COURT:  Is that understood

9    as well, Bill?

10                  MR. SWANK:  Yes, although we

11   are discussing broader releases, mutual

12   general releases which is what I think we

13   requested.  Gerry asked for some information

14   which, Gerry, I e-mailed to you.

15                  MR. ARTH:  I got it, Bill,

16   thank you.  And I forwarded it to my client.

17   I probably will not be able to get back to

18   you until early next week about it.  But if

19   that's the extent of it, Bill, I think that

20   we may be able to work that out.

21                  MR. SWANK:  Okay.

22                  THE COURT:  So you were

23   looking for mutual general releases and I

24   think Gerry had a concern about subrogation?

1             MR. ARTH:  We were concerned

2    about possible claims and we have done

3    internal searches on that and I asked Bill

4    to provide some information from his clients

5    at Angle which he has given to me and I have

6    forwarded to my client. I am consciously

7    optimistic that we'll be able to provide the

8    general release and get one in return.

9             THE COURT:  Okay.

10            MR. ARTH:  At the very least

11   there will be a release of all claims in

12   this litigation that arises under the

13   indemnification agreement.

14            THE COURT:  All right.  If you

15   run into problems concerning this on the

16   release issue get back to me as soon as

17   possible.  Do you wish for me to do anything

18   because I don't want to lose this

19   possibility of getting a settlement done,

20   and if there is ways of talking about it if

21   I can be of any assistance fine.  If the two

22   of you can work it out that doesn't concern

23   me if you can work it out.

24            What would you like me to do

1    regarding Judge Farnan, he is unaware of the

2    fact that the parties have reached at least

3    an agreement in principle for the most part

4    with the caveat about mutual general

5    releases and the limitation of concern that

6    might be there.  Do you want me to say

7    anything to him?

8                    MR. ARTH:  Your Honor, I think

9    Judge Farnan gave us an extension; I think

10   he had given us an additional 60 days the

11   last time.  I would just prefer that we work

12   out our issues and get the agreement done

13   and then advise Judge Farnan of the

14   settlement because I don't believe that we

15   are under any immanent time pressure.

16                   MR. SWANK:  That's fine with

17   me, Judge.

18                   THE COURT:  That's fine with

19   me too as long as you don't find yourself in

20   that circumstance later on down the road.

21   That's why I think working this out within

22   the next week, that is by next Thursday or

23   so would probably be appropriate.

24                   MR. ARTH:  We would certainly

1    hope to have that done because from my

2    client's perspective they want to get it

3    done and have the money as soon as possible.

4    So my guess is that once we work this issue

5    out about the release, Judge, I could turn

6    out a draft settlement agreement to Mr.

7    Swank in a day or so.

8              MR. SWANK:  My client, as you

9    know Judge, won't be back until May 5th.

10             THE COURT:  Okay. I didn't

11   know he was going to be gone that long, how

12   nice.  I just wanted to make sure that the

13   parties understood that they had an

14   agreement sooner rather than later.

15             Do either of you wish to have

16   a transcript of these proceedings or do you

17   just want to have a court copy?  Since it's

18   settlement I would hold on to the Judge's

19   copy of this and wouldn't make it a part of

20   the court record unless the two of you ran

21   into a problem.

22             MR. ARTH:  That would be fine,

23   Your Honor.

24             MR. SWANK:  That is

1    sufficient.   I do not think I need a copy,

2    Judge.

3                         THE COURT:   Gerry, do you want

4    a copy?

5                         MR. ARTH:   I do not need a

6    copy at the moment, Your Honor.   Thank you.

7                         THE COURT:   Is there anything

8    else about the general overview of the

9    settlement that you think needs to be added

10   on the record?

11                        MR. SWANK:   Just that the

12   settlement agreement will contain the usual

13   provisions of a settlement agreement, the

14   authority that you own the claims and that

15   you have the authority to release them, just

16   the general --

17                        THE COURT:   Boilerplate

18   language?

19                        MR. SWANK:   Yeah, I don't know

20   how to describe it beyond that.

21                        MR. ARTH:   Your Honor, a

22   simple agreement and, Bill, obviously we

23   would want the settlement proceeds wired, I

24   don't think that would be a problem.

1                    MR. SWANK:   I don't think it

2    will be, no.

3                    MR ARTH:    Very well.

4                    THE COURT:   Thank you both.

5    Take care now.

6                          -    -    -

7

8                    (Telephone conference

9          concluded at 5:43 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24